| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David S. Henshaw SBN 271226<br>HENSHAW LAW OFFICE<br>1871 The Alameda, Suite 333<br>San Jose, CA 95126<br>(408) 533-1075<br>(408) 583-4016 FAX<br>info@henshawlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Claimants AHA 2012 LLC, et al. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>OAK RIVER ASSET MANAGEMENT, LLC<br><br><br><br>Debtor(s) | CASE NO.: 2:16-bk-19233-ER<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING BANKRUPTCY CASES |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Denying Motion for Order Substantively Consolidating Bankruptcy Cases

was lodged on (*date*)  2/15/2019    and is attached.  This order relates to the motion which is docket number  179  .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1871 The Alameda, Suite 333, San Jose, CA 95126

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/15/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 2/15/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeremy Richards
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 13th Floor

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2019 | Kate Ibarra | /s/ Kate Ibarra |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

Barry S Glaser on behalf of Creditor Los Angeles County Treasurer & Tax Collector
bglaser@swesq.com, erhee@swesq.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com, erhee@swesq.com

David B Golubchik on behalf of Defendant OAK RIVER ASSET MANAGEMENT LLC, a California limited liability company
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Debtor Oak River Asset Management LLC
dbg@lnbyb.com,dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Plaintiff OAK RIVER ASSET MANAGEMENT LLC
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David S Henshaw on behalf of Creditor AHA 2012 LLC
david@henshawlaw.com, info@henshawlaw.com

Eve H Karasik on behalf of Defendant OAK RIVER ASSET MANAGEMENT LLC, a California limited liability company
ehk@lnbyb.com

Eve H Karasik on behalf of Debtor Oak River Asset Management LLC
ehk@lnbyb.com

Eve H Karasik on behalf of Plaintiff OAK RIVER ASSET MANAGEMENT LLC
ehk@lnbyb.com

Gail S Greenwood on behalf of Interested Party Bradley D. Sharp
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Interested Party Pachulski Stang Ziehl & Jones LLP
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Giovanni Orantes on behalf of Other Professional Giovanni Orantes
go@gobklaw.com, gorantes@oranteslaw.com, cmh@gobklaw.com, gobklaw@gmail.com, go@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Plaintiff OAK RIVER ASSET MANAGEMENT LLC
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Defendant OAK RIVER ASSET MANAGEMENT LLC, a California limited liability company
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Debtor Oak River Asset Management LLC
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeremy V Richards on behalf of Interested Party Bradley D. Sharp
jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com

Jeremy V Richards on behalf of Interested Party Pachulski Stang Ziehl & Jones LLP
jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com

John-Patrick M Fritz on behalf of Plaintiff OAK RIVER ASSET MANAGEMENT LLC
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Defendant OAK RIVER ASSET MANAGEMENT LLC, a California limited liability company
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Robert T Bryson on behalf of Plaintiff PROLIEN SERVICES LLC, a California limited liability company
rbryson@elllaw.com, lmarquez@robinscloud.com

Robert T Bryson on behalf of Cross-Claimant Pioneer General Engineering Services, Inc.
rbryson@elllaw.com, lmarquez@robinscloud.com

Robert Thomas Bryson on behalf of Debtor Oak River Asset Management LLC
rbryson@robinscloud.com, lmarquez@robinscloud.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Uzzi O Raanan, ESQ on behalf of Defendant HAN DING HOLDING, LTD., an unknown business entity
uor@dgdk.com, DanningGill@gmail.com; uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Interested Party Courtesy NEF
uor@dgdk.com, DanningGill@gmail.com; uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant TLH REO MANAGEMENT LLC, a California limited liability company
uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda
Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 Fax

Attorney for Creditors
AHA 2012, LLC, YCJS 2012 LLC, The
Lee Living Trust dated 06/23/1987, and
Christopher Deryen Lee

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:16-bk-19233-ER |
| | ) |
| OAK RIVER ASSET MANAGEMENT, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) **ORDER DENYING MOTION FOR** |
| | ) **ORDER SUBSTANTIVELY** |
| | ) **CONSOLIDATING BANKRUPTCY** |
| | ) **CASES** |
| | ) |
| | ) Date: February 13, 2019 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom 1568 |
| | )        255 E. Temple Street |
| | )        Los Angeles, CA 90012 |
| | ) |
| | ) Judge: Honorable Ernest M. Robles |
| | ) |

1     On January 17, 2019, Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation (the "Plan Administrator") filed a Motion for Order Substantively Consolidating Bankruptcy Cases (the "Motion"), as Docket Number 179. Through the Motion, the Plan Administrator sought to substantively consolidate the bankruptcy cases of Debtor OAK RIVER ASSET MANAGEMENT LLC ("Debtor") and the related Chapter 11 bankruptcy case of Liberty Asset Management Corporation ("Liberty"), Central District Bankruptcy Court Case Number 2:16-bk-13575-ER ("Oak River").

    On January 30, 2019, AHA 2012, LLC, YCJS 2012 LLC, The Lee Living Trust dated 06/23/1987, and Christopher Deryen Lee ("Claimants"), all claimants in both Debtor's case and the case of Liberty, filed their Opposition to Motion for Order Substantively Consolidating Bankruptcy Case (the "Opposition"). In the Opposition, Claimants sought to have the cases and assets of Debtor and Liberty be administered separately.

    On February 6, 2019, the Plan Administrator filed a Reply Brief in Support of Motion for Order Substantively Consolidating Bankruptcy Cases.

    This Court issued a tentative ruling denying the Motion on February 12, 2019 (Docket Number 184). On February 13, 2019, the Court heard arguments for an against the Motion. Jeremy V. Richards of Pachulski Stang Ziehl & Jones LLP appeared on behalf of the Plan Administrator. David S. Henshaw appeared on behalf of Claimants. David B. Golubchik of Levene, Neale, Bender Yoo & Brill LLP appeared for Debtor.

    For the reasons stated on the record, IT IS HEREBY ORDER THAT:

    The Court adopts its tentative ruling (Docket Number 184) as its order. The Motion is DENIED.

###